[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

MAY - 4 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SHERROD HAMPTON
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

OFFICER (LORDO)
OF THE COOK COUNTY
SHERRIFFS OFFICE

1:18-cv-03191
Judge Robert M. Dow, Jr
Magistrate Judge Sheila M. Finnegan
PC4

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: SHERROD HAMPTON

   B. List all aliases: NONE

   C. Prisoner identification number: R50556

   D. Place of present confinement: PINCKNEYVILLE C.C.

   E. Address: P.O. BOX 1000 5835 RT 54 PINCKNEYVILLE, IL 62274

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
    (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: OFFICER (LORDO)

      Title: COOK COUNTY JAIL OFFICER

      Place of Employment: COOK COUNTY

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: NONE

    B.    Approximate date of filing lawsuit: NONE

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

    D.    List all defendants: NONE

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

    F.    Name of judge to whom case was assigned: NONE

    G.    Basic claim made: NONE

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

    I.    Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 01-16-18 OFFICER LORDO OF THE COOK COUNTY JAIL INTENTIONALLY RAN THE 2ND COURT TRANSPORT BLUE BIRD BUS COMING FROM DIVISION 11 INTO THE BUILDING DIRECTLY ACROSS FROM DIVISION 5'S YELLOW GUARD RAIL AND THEN RAN THE BUS INTO THE GATE AT APPROXIMATELY 15 MILES FOR HIS PERSONAL AMUSEMENT. THERE ARE SEVERAL CAMERAS ON THE BUS AND I WOULD ASSUME AROUND THOSE BUILDINGS THAT WILL VERIFY THAT THIS OCCURRED NOT TO ADD THAT THERE WAS 17 PEOPLE INCLUDING MYSELF THAT WAS BEING TRANSFERRED WHO CAN ACCOUNT FOR THIS INCIDENT. AFTER THE INCIDENT THE PLAINTIFF ASKED OFFICER LORDO IF HE COULD BE TAKEN TO HEALTH CARE AND FOR SOME APPARENT REASON OFFICER LORDO ASSUMED NOTHING WAS WRONG WITH THE PLAINTIFF AND WITHOUT HESITATION DECLINED THE PLAINTIFF AND OTHERS MEDICAL ATTENTION AFTER A ACCIDENT ON A BUS WITH NO SEAT BELTS THAT WAS INTENTIONALLY CAUSED ON HIS BEHALF. WHILE LEAVING THE BUS THE PLAINTIFF STATED TO OFFICER LORDO "YOU REALLY THINK THIS IS A GAME" AND HE REPLIED "IT IS A GAME & THANKS FOR PLAYING!" I DONT KNOW IF THE BUS CAMERAS HAVE AUDIO & VIDEO LIKE IT SAYS IT DOES IF IT DOES HAVE AUDIO AS WELL AS VIDEO THEN OFFICER LORDO WILL BE ON CAMERA ADMITTING TO INTENTIONALLY ENDANGERING 17 INMATES SAFETY AS WELL AS DENYING THEM MEDICAL ATTENTION TO ADD INSULT TO INJURY OFFICER LORDO FAILED TO EVEN REPORT THE ACCIDENT ON THE DAY IT OCCURRED. I KNOW THIS TO BE FACTUAL BECAUSE THROUGHOUT THE ENTIRE

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DAY OF 01-16-18 THE PLAINTIFF WAS REQUESTING & CONSTANTLY BEING DENIED MEDICAL ATTENTION BASED ON THE FACT THAT THERE WAS NO RECORD OF A ACCIDENT BEING FILED BY OFFICER LORDO. THE PLAINTIFF DIDN'T RECIEVE MEDICAL ATTENTION UNTIL THE NEXT DAY AROUND 4 AM BECAUSE THE PLAINTIFF HAD COURT THE NEXT DAY AS WELL. THE PLAINTIFF MADE IT BACK TO DIV. 11 FROM CERMAK AROUND 7:30-8:30 AM WHERE HE WAS IMMEDIATELY PLACED IN AN EMPTY BULLPIN, AROUND 5 MINS LATER OFFICER LORDO CAME IN AND STATED "YOU NIGGERS ARE ALWAYS LOOKING FOR A HANDOUT YOU'RE NOT HURT THE COUNTY ISN'T GOING TO GIVE YOU SHIT". HE ALSO STATED THAT HE HAS LOTS OF BUDDIES WHO ARE STATE'S ATTORNEY'S AND THAT HE WAS GOING TO MAKE SURE THAT THEY FUCKED ME OVER FOR TRYING TO FUCK HIM OVER. AFTER THAT HE PUT MY COUNTY ID IN MY POCKET, SPIT ON MY SHOES AND LEFT. AS A RESULT OF OFFICER LORDO TELLING THE PLAINTIFF HE WOULD GET HIS STATES ATTORNEY BUDDIES TO "FUCK ME OVER" THE PLAINTIFF FEARED FOR HIS LIFE AND COPPED OUT THE SAME DAY. WHAT SCARES ME EVEN MORE IS THE FACT THAT I HAVE A OPEN CASE IN BRIDGEVIEW THAT OFFICER LORDO'S STATES ATTORNEY FRIENDS CAN AND PROBALLY WILL ALTER. OF COURSE I FILED A GRIEVANCE ON THIS ISSUE AS WELL UNFORTUNATELY I WAS ON SHIPMENT BEFORE I COULD RECIEVE A RESPONSE. OFFICER LORDO FAILED TO PROTECT THE PLAINTIFF BY INTENTIONALLY RUNNING THE DIV. 11 COURT BUS INTO THE YELLOW GUARD RAIL & GATE. HE ALSO DENIED THE PLAINTIFF MEDICAL ATTENTION THEN HE PROCEEDED TO USE EXCESSIVE FORCE AS WELL AS CRUEL & UNUSAL PUNISHMENT WHEN HE DISCOVERED THE PLAINTIFF REPORTED HIS ACTIONS TO RECIEVE MEDICAL ATTENTION.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT THE COURT TO REWARD ME $300,000

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 03 day of 15 , 20 18

_Sherrod Hampton_
(Signature of plaintiff or plaintiffs)

SHERROD HAMPTON
(Print name)

R50556
(I.D. Number)
PINCKNEYVILLE C.C

P.O. BOX 1000 5835 RT.54

PINCKNEYVILLE, IL 62274
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other:_____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| HAMPTON | SHERROD | 20171207069 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 11 | AG-302 | 01-16-2018 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 01-16-2018 | 9AM - 10AM | ON DIV 11 BUS TO COURT | OFFICER (LORDO) |

THE OFFICER TRANSPORTING THE 2ND GROUP TO COURT FROM DIV 11 INTENTIONALLY RUN THE BUS INTO A YELLOW GUARD RAIL 2 TIMES AND NOW I AM EXPERIENCING SHARP PAINS IN THE UPPER MIDDLE PART OF MY BACK. I HAVE REQUESTED MEDICAL ATTENTION FROM SEVERAL OFFICERS AND WAS REFUSED MEDICAL ATTENTION DUE TO THE FACT THAT THEY BELIEVE THAT THERE WAS NO ACCIDENT. IF THEY CHECK THE CAMERAS ON THE BUS THEY WILL CLEARLY SEE AND HEAR THAT THERE WAS IN FACT A ACCIDENT AND IT WASN'T AS MINOR AS OFFICER LORDO THOUGHT IT WAS.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE : (Firma del Preso): |
|---|---|
| THE ENTIRE BUS AS WELL AS CAMERAS ON THE BUS | Sherrod Hampton |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| M. Mapy | M. Mapy | 1-17-18 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40a)(AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

INMATE MAIL

neopost
04/27/2018
US POSTAGE $002.89⁰
ZIP 62966
041M12252187

LEGAL MAIL

SHEROD HAMPTON R50556
PINCKNEYVILLE C.C.
5835 STATE ROUTE 154
PINCKNEYVILLE, IL 62274

UNITED STATES DISTRICT COURT
PRISONER CORRESPONDENCE
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

LEGAL MAIL

1:18-cv-03191
Judge Robert M. Dow, Jr
Magistrate Judge Sheila M. Finnegan
PC4



05/04/2018-35

RECEIVED
2018 MAY -4 AM 8:25



